| Return | | |
|---|---|---|
| Case No.:<br>3:23MJ 1071 (MEG) | Date and time warrant executed:<br>12:15 Pm  12/12/23 | Copy of warrant and inventory left with:<br>71 Giles St FL 3, Waterbry CT |
| Inventory made in the presence of :<br>SA Miller | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>N/A | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/12/23

_____
*Executing officer's signature*

SA Daniel Lowndes
*Printed name and title*